NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KARL STORZ ENDOSCOPY-AMERICA, INC.,**
*Plaintiff-Appellant*

**v.**

**STERIS INSTRUMENT MANAGEMENT SERVICES, INC.,**
*Defendant-Appellee*

---

2022-1978

---

Appeal from the United States District Court for the Northern District of Alabama in No. 2:12-cv-02716-RDP, Judge R. David Proctor.

---

**ON STIPULATION**

---

**O R D E R**

The parties file a stipulation to dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1) with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeal is dismissed as stipulated.

2          KARL STORZ ENDOSCOPY-AMERICA, INC. v.
             STERIS INSTRUMENT MANAGEMENT SERVICES, INC.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 4, 2023
      Date

ISSUED AS A MANDATE: December 4, 2023